ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 12 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -                                :    **SEALED INDICTMENT**

GILBERT ARMENTA,                          :    17 Cr. ___ (___)

            Defendant.                         17 CRIM 556

- - - - - - - - - - - - - - - - - x

COUNT ONE

(Conspiracy to Commit Extortion)

The Grand Jury charges:

1.  From in or about November 2016, up to and including in or about August 2017, in the Southern District of New York and elsewhere, GILBERT ARMENTA, the defendant, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), and thereby would have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, ARMENTA and other co-conspirators not named as defendants herein, used threats of physical harm to attempt to collect payment through international wire transfer from an individual in the United

Kingdom who they believed had stolen business proceeds originally intended for international wire transfer.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

(Attempted Extortion)

The Grand Jury further charges:

2. From in or about November 2016, up to and including in or about August 2017, in the Southern District of New York and elsewhere, GILBERT ARMENTA, the defendant, unlawfully and knowingly attempted to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), and thereby would have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, ARMENTA and others used threats of physical harm to attempt to collect payment through international wire transfer from an individual in the United Kingdom who they believed had stolen business proceeds originally intended for international wire transfer.

(Title 18, United States Code, Sections 1951 and 2.)

COUNT THREE

(Travel Act Extortion)

The Grand Jury further charges:

3.  From in or about November 2016, up to and including in or about August 2017, in the Southern District of New York and elsewhere, GILBERT ARMENTA, the defendant, knowingly traveled in interstate and foreign commerce and used the mail and a facility in interstate and foreign commerce, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, that is extortion, in violation of Sections 836.05, 777.04(1), and 777.04(3) of the Florida Statutes and Sections 155.40(2), 110.00, and 105.10 of the New York State Penal Law, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of such unlawful activity, to wit, ARMENTA used the telephone to make one or more international calls to discuss plans to use threats of physical harm in an effort to collect money from an individual who ARMENTA and others believed had stolen business proceeds, and in fact, ARMENTA and others retained debt collectors in the United Kingdom, at least one of whom made

threats of physical harm to the individual in an effort to cause the individual to return the stolen money.

(Title 18, United States Code, Sections 1952(a)(3)(A) and 2.)

_____    _____
FOREPERSON                          JOON H. KIM
September 12, 2017                  Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GILBERT ARMENTA,

                              Defendant.

### INDICTMENT

17 Cr. ___ (___)

(Title 18, United States Code,
Sections 1951, 1952(a)(3)(A), & 2)

JOON H. KIM
Acting United States Attorney.

**A TRUE BILL**

Foreperson.

*Bibi Tinslow-Bermudez*

*September 12, 2017*

Sept. 12. 2017
Filed Sealed Indictment.
U.S.M.J. Debra Freeman