DOCKET No. **17 CR 556**   DEFENDANT **Gilbert Armenta**

AUSA **Christopher DiMase**   DEF.'S COUNSEL **Kurby Behre**
☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

*arrested in Connecticut - waived speedy presentment & right to be presented in Connecticut*

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST **9/13/17**   ☐ VOL. SURR.
TIME OF ARREST **≈ 9:30 am**   ☐ ON WRIT
☐ Other: _____   TIME OF PRESENTMENT **6:30 pm**

*brought to SDNY 9/13/17 - on 9/15 - 2d speedy presentment waiver*

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE SEP. ORDER
☐ DETENTION HEARING SCHEDULED FOR: _____   ☐ SEE TRANSCRIPT
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ **5 million** PRB   ☐ _____ FRP
☑ SECURED BY $ **500,000** CASH/PROPERTY: (see below)
☑ TRAVEL RESTRICTED TO ~~SDNY/EDNY~~ / **Manhattan**
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS) *D's counsel to hold passports of D's adult children*
☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☑ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☑ CURFEW   ☐ ELECTRONIC MONITORING   ☑ GPS
☑ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: **GPS + D's passports (2)**
_____; REMAINING CONDITIONS TO BE MET BY: **9/19/17**

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**
- D + his wife to execute + provide mortgage deeds to the govt on 2 properties: ① 2900 N. Atlantic Blvd, Ft. Lauderdale, FL 33308 + ② 1460 S. Ocean Blvd, Unit 301, Lauderdale by the Sea, FL 33062
- D to stay in Hyatt Adaz Hotel, 75 Wall St, for night of 9/18/17 - D to relocate to Four Seasons Hotel, 27 Barclay St, on 9/19/17 - with approval + instruction of PTS (re the GPS set-up)
- D to be on GPS monitoring w/ curfew of 6pm to 9:30am (PTS to have discretion, *on consent of govt*, to alter time of curfew + area for geographic location monitoring (which shall start w/ lower Manhattan only))

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☑ CONFERENCE BEFORE D.J. ON **9/27 @ 2:00 pm** (both parties)
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____ *for reasons stated on record in int. of justice until 9/27*

**For Rule 5(c)(3) Cases:**
☐ IDENTITY HEARING WAIVED   ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

DATE: **9/18/17**   _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE   PINK – U.S. ATTORNEY'S OFFICE   YELLOW – U.S. MARSHAL   GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH - 2