UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :    WAIVER OF INDICTMENT
        - v. -                      :
                                    :    S1 17 Cr. 556 (WHP)
GILBERT ARMENTA,                    :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1349, 1956(h), and 1951, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Gilbert Armenta
Defendant

_____
Witness

_____
Marc Weinstein, Esq.
Counsel for Defendant


Date:   New York, New York
        January 24, 2018