

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

April 22, 2020

**BY EMAIL**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The application is ✓ granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: 4/29/2020
New York, New York

**Re: *United States v. Gilbert Armenta***
**17 Cr. 556 (ER)**

Dear Judge Ramos:

The Government submits this letter to respectfully request—with the consent of the defendant—that the following materials related to the above-captioned case be unsealed and docketed:

(1) the original Indictment (17 Cr. 556 (ER)) and the related arrest warrant;
(2) docket entries relating to: (a) the defendant's arrest; (b) the waiver of speedy presentment proceeding held on September 15, 2017; (c) the defendant's presentment and arraignment on the Indictment on September 18, 2017; (d) the initial pretrial conference before the Honorable William H. Pauley III, held on September 27, 2017; and (e) the bail proceeding held before this Court on March 25, 2020;
(3) the S1 Superseding Information, waiver of indictment, docket entry related to the January 24, 2018 plea proceeding before Judge Pauley, and transcript of the plea proceeding; and
(4) any bail bonds entered in the case.





Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Christopher J. DiMase / Nicholas Folly/
Julieta V. Lozano
Assistant United States Attorneys /
Special Assistant United States Attorney
(212) 637-2433 / (212) 637-1060 /
(212) 335-4025

cc: Marc Weinstein, Esq. (by email)
Dina Hoffer, Esq. (by email)

