

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

**MEMO ENDORSED**

May 18, 2020

> Sentencing is adjourned to July 23, 2020, at 10:00 AM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/26/2020__
> New York, New York

**VIA EMAIL**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

Re:     *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

   The Court previously scheduled the sentencing of Gilbert Armenta for June 3, 2020.  Given the current status of the COVID-19 pandemic and its effect on court operations, the parties jointly request a 45-day adjournment of the sentencing to a date on or about July 20, 2020 that is convenient to the Court.  The Government does not object to Mr. Armenta's continued release through the adjourned date of sentencing requested herein, with the same bail conditions that the Court imposed on March 25, 2020.

           Respectfully submitted,

           /s/ Marc A. Weinstein
           Marc A. Weinstein

cc:   Christopher DiMase (AUSA)
   Nicholas Folly (AUSA)
   Julieta Lozano (SAUSA)

96885406_1