UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v –<br><br>GILBERT ARMENTA,<br><br>     Defendant. | Case No. 17-CR-556 (ER)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that MARC A. WEINSTEIN of Hughes Hubbard & Reed LLP, an attorney duly admitted to practice before this Court, hereby appears as counsel of record for defendant Gilbert Armenta in the above-captioned action.

Dated:  May 29, 2020
   New York, New York

             HUGHES HUBBARD & REED LLP

             By:  /s/ Marc A. Weinstein
              Marc A. Weinstein
              One Battery Park Plaza
              New York, New York 10004
              Telephone:  (212) 837-6000
              Facsimile:  (212) 422-4726
              Email:  marc.weinstein@hugheshubbard.com

             *Attorney for Defendant Gilbert Armenta*