UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v –<br><br>GILBERT ARMENTA,<br><br>Defendant. | Case No. 17-CR-556 (ER)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that DINA R. HOFFER of Hughes Hubbard & Reed LLP, an attorney duly admitted to practice before this Court, hereby appears as counsel of record for defendant Gilbert Armenta in the above-captioned action.

Dated:  May 29, 2020
         New York, New York

HUGHES HUBBARD & REED LLP

By:   /s/ Dina R. Hoffer
   Dina R. Hoffer
   One Battery Park Plaza
   New York, New York 10004
   Telephone:  (212) 837-6000
   Facsimile:  (212) 422-4726
   Email:  dina.hoffer@hugheshubbard.com

*Attorney for Defendant Gilbert Armenta*