UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) **NOTICE OF APPEARANCE AND REQUEST** |
| - v. - | ) **FOR ELECTRONIC NOTIFICATION** ) **17 Cr. 556 (ER)** |
| GILBERT ARMENTA, | ) ) ) |
| Defendant. | ) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Acting United States Attorney for the
                              Southern District of New York


                              by: s/_____
                                  Nicholas Folly
                                  Assistant United States Attorney
                                  (212) 637-1060