UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v –

GILBERT ARMENTA,

            Defendant.

---

Case No. 17-CR-556 (ER)

**MEMO ENDORSED**

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

    PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned, Dina R. Hoffer, hereby moves to withdraw as counsel of record for defendant Gilbert Armenta because the undersigned will no longer be employed by the law firm Hughes Hubbard & Reed LLP as of October 3, 2020. Marc Weinstein of Hughes Hubbard & Reed LLP will continue to represent Mr. Armenta as counsel of record in the above-referenced matter, and Mr. Armenta's defense will remain uninterrupted.

Dated: September 30, 2020
       New York, New York

                            Respectfully submitted,

                            By: /s/ Dina R. Hoffer
                            Dina R. Hoffer
                            One Battery Park Plaza
                            New York, New York 10004
                            Telephone: (212) 837-6000
                            Facsimile: (212) 422-4726
                            Email: dina.hoffer@hugheshubbard.com

                            *Attorney for Defendant Gilbert Armenta*

---

The application is  X  granted
                          ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 9/30/2020
New York, New York