

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2020

**BY ELECTRONIC MAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    The parties write jointly to respectfully request an adjournment of the sentencing proceeding currently scheduled in the above-captioned case at 10:00 a.m. on October 21, 2020. The parties are in continuing discussions regarding various forfeiture issues, among other sentencing-related issues. To permit the parties to continue engaging in those discussions, the parties respectfully request an adjournment of the sentencing proceeding until approximately late January 2021, with the defendant's sentencing submission to be submitted two weeks prior to sentencing, and the Government's sentencing submission be filed one week prior to sentencing.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:      /s/
    Christopher J. DiMase / Nicholas Folly
    Assistant United States Attorneys
    (212) 637-2433 / 1060

cc:    Marc Weinstein, Esq., and Danya Perry, Esq.