

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

January 27, 2021

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

   The Court previously scheduled the sentencing of Gilbert Armenta for January 29, 2021. The parties continue to engage in discussions regarding various sentencing-related issues. To permit those continuing discussions, counsel for Mr. Armenta respectfully requests a 60-day adjournment of the sentencing to a date on or about March 30, 2021 that is convenient to the Court. The Government has been contacted and does not object to such an adjournment.

               Respectfully submitted,

               /s/ Marc A. Weinstein
               Marc A. Weinstein

cc: Christopher DiMase (AUSA)
   Nicholas Folly (AUSA)

99658093_1