

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

**MEMO ENDORSED**

January 27, 2021

> Sentencing is adjourned to April 2, 2021 at 10:30 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: _____
> New York, New York

<u>VIA EMAIL & ECF</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Gilbert Armenta</u>, 17 Cr. 556 (ER)

Dear Judge Ramos:

The Court previously scheduled the sentencing of Gilbert Armenta for January 29, 2021. The parties continue to engage in discussions regarding various sentencing-related issues. To permit those continuing discussions, counsel for Mr. Armenta respectfully requests a 60-day adjournment of the sentencing to a date on or about March 30, 2021 that is convenient to the Court. The Government has been contacted and does not object to such an adjournment.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

cc:   Christopher DiMase (AUSA)
      Nicholas Folly (AUSA)

99658093_1