

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___4/1/2021___

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

## MEMO ENDORSED

April 1, 2021

**BY ELECTRONIC MAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The April 2 sentencing is adjourned to July 14, 2021, at 3:30 p.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  ___4/1/2021___
> New York, New York

      Re:    *United States* v. *Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

      The parties write jointly to respectfully request an adjournment of the sentencing proceeding currently scheduled in the above-captioned case at 10:30 a.m. on April 2, 2021. The parties are in continuing discussions regarding various forfeiture issues, among other sentencing-related issues. To permit the parties to continue engaging in those discussions, the parties respectfully request an adjournment of the sentencing proceeding until sometime during the week of July 12, 2021.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:    ____/s/_____
      Christopher J. DiMase / Nicholas Folly
      Assistant United States Attorneys
      (212) 637-2433 / 1060

cc:    Marc Weinstein, Esq., and Danya Perry, Esq.