

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED:  7/9/2021
```

## MEMO ENDORSED

July 8, 2021

> Sentencing is adjourned to October 13, 2021 at 3:30 p.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___7/9/2021_____
> New York, New York

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

      The Court previously scheduled the sentencing of Gilbert Armenta for July 14, 2021. The parties continue to engage in discussions regarding various sentencing-related issues. To permit those continuing discussions, counsel for Mr. Armenta respectfully requests an adjournment of the sentencing until sometime during the week of October 11, 2021 (excluding October 15). The Government consents to such an adjournment.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

cc:   Christopher DiMase (AUSA)
      Nicholas Folly (AUSA)

101081288_1