

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2021

**BY ELECTRONIC MAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States* v. *Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

  The parties write jointly to respectfully request an adjournment of the sentencing proceeding currently scheduled in the above-captioned case at 3:30 p.m. on October 13, 2021. The parties remain in continuing discussions regarding various forfeiture issues, among other sentencing-related issues. To permit the parties to continue engaging in those discussions, the parties respectfully request an adjournment of the sentencing proceeding until sometime during the week of December 13, 2021.

              Respectfully submitted,

              AUDREY STRAUSS
              United States Attorney

          By:   /s/
              Christopher DiMase / Nicholas Folly /
              Michael McGinnis
              Assistant United States Attorneys
              (212) 637-2433 / -1060 / -2305

cc: Marc Weinstein, Esq.