

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/16/2021__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2021

**BY ELECTRONIC MAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Sentencing is adjourned to April 7, 2022 at 3:30 p.m.
> SO ORDERED.
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __12/16/2021__
> New York, New York

Re:   *United States* v. *Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    The parties write jointly to respectfully request an adjournment of the sentencing proceeding currently scheduled in the above-captioned case today, December 16, 2021, at 4:00 p.m. The parties remain in continuing discussions regarding various forfeiture issues, among other sentencing-related issues. To permit the parties to continue engaging in those discussions, the parties respectfully request an adjournment of the sentencing proceeding for a period of approximately three months, to a date in or about March 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Christopher DiMase / Nicholas Folly /
Michael McGinnis / Juliana Murray
Assistant United States Attorneys
(212) 637-2433 / -1060 / -2305 / -2314

cc:   Marc Weinstein, Esq.