

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

February 7, 2022

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    _United States v. Gilbert Armenta_, 17 Cr. 556 (ER)

Dear Judge Ramos:

On behalf of Gilbert Armenta, we respectfully submit this request seeking a modification of Mr. Armenta's bail conditions to permit Mr. Armenta to travel to New York to meet with his attorneys.

On July 19, 2019, Mr. Armenta was remanded to the Metropolitan Correctional Center. On March 25, 2020, the Court released Mr. Armenta, and imposed a condition of home confinement as part of his bail conditions, which condition exists to this day.

Mr. Armenta's release has been supervised by Senior United States Probation Officer Garry Hackett, who does not object to this travel request. In addition, we contacted the United States Attorney's Office for the Southern District of New York, and that office likewise has no objection to the request. Specifically, Mr. Armenta seeks to travel from Miami to New York on February 13, 2022, and to return on February 17, 2022. We have provided Officer Hackett with the specific details of his travel arrangements.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

102270058_1

cc:    AUSA Christopher DiMase
       AUSA Nicholas Folly
       AUSA Michael McGinnis
       AUSA Juliana Murray
       Senior Probation Officer Garry Hackett