

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2022

**BY ELECTRONIC MAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States* v. *Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    The parties write jointly to respectfully request an adjournment of the sentencing proceeding currently scheduled in the above-captioned case at 3:30 p.m. on April 7, 2022. The parties remain in continuing discussions regarding various forfeiture issues, among other sentencing-related issues. To permit the parties to continue engaging in those discussions, the parties respectfully request an adjournment of the sentencing proceeding for a period of approximately three months, to a date in or about July 2022.

                            Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

          By:     /s/
                Christopher DiMase / Nicholas Folly /
                Michael McGinnis / Juliana Murray
                Assistant United States Attorneys
                (212) 637-2433 / -1060 / -2305 / -2314

cc:     Marc Weinstein, Esq.