

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2022

**BY ELECTRONIC MAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Sentencing is adjourned to October 25, 2022 at 3:30 p.m.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: __7/26/2022__
> New York, New York

Re:   *United States* v. *Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

     The parties write jointly to respectfully request an adjournment of the sentencing proceeding currently scheduled in the above-captioned case at 3:30 p.m. on July 27, 2022. The parties remain in continuing discussions regarding various forfeiture issues, among other sentencing-related issues. To permit the parties to continue engaging in those discussions, the parties respectfully request an adjournment of the sentencing proceeding for a period of approximately three months. The parties have conferred and are available on October 25 through October 27, 2022.

                           Respectfully submitted,

                           DAMIAN WILLIAMS
                           United States Attorney

               By:          s/
                     Christopher DiMase / Nicholas Folly /
                     Michael McGinnis / Juliana Murray
                     Assistant United States Attorneys
                     (212) 637-2433 / -1060 / -2305 / -2314

cc:   Marc Weinstein, Esq.