

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

October 24, 2022

**BY ELECTRONIC MAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    We are writing to request: (i) an adjournment of Mr. Armenta's sentencing, scheduled for October 25, 2022 (ECF 47); and (ii) a corresponding adjournment of the parties' deadlines to file and serve their sentencing submissions. The parties remain in continuing discussions regarding various forfeiture issues, among other sentencing-related issues. To permit the parties to continue engaging in those discussions, Mr. Armenta respectfully requests an adjournment of the sentencing proceeding to a date in the second full week of December. We have conferred with the Government on the relief requested herein and this application is on consent.

    Respectfully submitted,

    /s/ Marc A. Weinstein
    Marc A. Weinstein

cc:    Christopher DiMase (AUSA)
       Nicholas Folly (AUSA)
       Juliana Murray (AUSA)
       Michael McGinnis (AUSA)
       Kevin Mead (AUSA)