

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

**MEMO ENDORSED**, pg. 2.

November 18, 2022

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Gilbert Armenta</u>, 17 Cr. 556 (ER)

Dear Judge Ramos:

    On behalf of Gilbert Armenta, we respectfully submit this request seeking a modification of Mr. Armenta's bail conditions to permit Mr. Armenta to travel to California to visit his mother, Virginia Armenta, from November 22, 2022, through November 28, 2022. Mrs. Armenta, who is 81 years old, recently has been suffering from frequent epileptic seizures, and Mr. Armenta would like to help care for his mother during this period.

    On July 19, 2019, Mr. Armenta was remanded to the Metropolitan Correctional Center. On March 25, 2020, the Court released Mr. Armenta, and imposed a condition of home confinement as part of his bail conditions. On July 14, 2022, the Court further modified Mr. Armenta's bail conditions to permit Mr. Armenta certain hours per day outside of his residence. Since his remand in July 2019, Mr. Armenta has only seen his mother on one occasion on which the Court likewise permitted him to travel to California for that purpose.

    Mr. Armenta's release has been supervised by Senior United States Probation Officer Garry Hackett, who does not object to this travel request. In addition, we contacted the United States Attorney's Office for the Southern District of New York, and that office likewise has no objection to the request. We will provide Officer Hackett with the specific details of Mr. Armenta's travel arrangements.

103836603_1

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

cc: AUSA Christopher DiMase
AUSA Nicholas Folly
AUSA Juliana Murray
AUSA Kevin Mead
Senior Probation Officer Garry Hackett

---

Armenta's application for a modification of bail to permit him to travel to California from November 22, 2022, through November 28, 2022, is granted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: ___11/18/2022___
New York, New York

103836603_1