

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2022

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    The Government submits this letter to request that sentencing in this case be adjourned by approximately 30 days. The defendant consents to the adjournment request.

    Sentencing is currently scheduled for December 16, 2022, and the defendant requests that the new date be set for January 23 or January 24, 2023.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                By:      /s/
                     Kevin Mead / Christopher J. DiMase /
                     Nicholas Folly / Juliana N. Murray
                     Assistant United States Attorneys
                     Tel:  (212) 637-2211 / 2433 / 1060 / 2314

cc:    All Counsel of Record (by ECF)

---

Sentencing is adjourned to January 24, 2023 at 3:30 p.m.
SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated:  12/14/2022
New York, New York