

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2023

**BY ECF & ELECTRONIC MAIL**

> Sentencing is adjourned to February 16, 2023 at 11 a.m.
> The sentencing submission schedule is approved.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:   1/19/2023
> New York, New York

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

The Government submits this letter to respectfully request that sentencing in the above-captioned case be adjourned from 3:30 p.m. on Tuesday, January 24, 2023, to 11:00 a.m. on Thursday, February 16, 2023.   The Government further requests that the Court set Wednesday, January 25, 2023, as the due date for any defense sentencing submission, and Wednesday, February 8, 2023, as the due date for any Government sentencing submission.   The defendant consents to this adjournment request and the above-described schedule for the filing of sentencing submissions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:      /s/
Christopher J. DiMase / Nicholas Folly /
Kevin Mead / Juliana N. Murray
Assistant United States Attorneys
Tel:   (212) 637-2433 / 1060 / 2211 / 2314

cc:   All Counsel of Record (by ECF)