

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2023

**BY ECF & ELECTRONIC MAIL**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    The Government writes to request a brief adjournment of the deadline for the defendant to file a sentencing submission in the above-captioned case, from today to Friday, January 27, 2023. That additional time will allow the parties to discuss and potentially resolve certain issues before the defendant files his sentencing submission.   The defendant consents to this application for a brief adjournment.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Christopher J. DiMase / Nicholas Folly /
    Kevin Mead / Juliana N. Murray
    Assistant United States Attorneys
    Tel:   (212) 637-2433 / 1060 / 2211 / 2314

cc:    All Counsel of Record (by ECF)