

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2023

**BY ECF & ELECTRONIC MAIL**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    The Government writes to request a brief adjournment of the deadline for the Government to file its sentencing submission in the above-captioned case, from today to Friday, February 10, 2023. The defendant consents to this application for a brief adjournment.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Christopher J. DiMase / Nicholas Folly /
    Kevin Mead / Juliana N. Murray
    Assistant United States Attorneys
    Tel:  (212) 637-2433 / 1060 / 2211 / 2314

cc:    All Counsel of Record (by ECF)