

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2023

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter in response to the Court's order of February 8, 2023, directing the parties to respond to a request to unseal portions of the defendant's sentencing submission. Dkt. 66.

    The Government understands that the defendant may docket a version of his sentencing memorandum with fewer redactions. The Government generally does not object to any redactions that are consistent with the Court's individual practices, which allow for redactions in sentencing materials of the five categories of "sensitive information" and the six categories of "information requiring caution."

                                                      Respectfully submitted,

                                                      DAMIAN WILLIAMS
                                                      United States Attorney

                                  By:      /s/
                                                       Christopher J. DiMase
                                                        Nicholas Folly
                                                       Kevin Mead
                                                       Juliana Murray
                                                       Assistant United States Attorneys
                                                       (212) 637-2433 / -1060 / -2211 / -2314

Cc:    Marc Weinstein, Esq.
          Kiran Rosenkilde, Esq.