

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

## MEMO ENDORSED

February 10, 2023

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application for modification for bail is granted.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 2/13/2023
> New York, New York

Re:   *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

On behalf of Gilbert Armenta, we respectfully submit this request seeking a modification of Mr. Armenta's bail conditions to permit Mr. Armenta to travel to New York to prepare with counsel for and attend his sentencing in this action on February 16.

On July 19, 2019, Mr. Armenta was remanded to the Metropolitan Correctional Center. On March 25, 2020, the Court released Mr. Armenta, and imposed a condition of home confinement as part of his bail conditions. On July 14, 2022, the Court further modified Mr. Armenta's bail conditions to permit Mr. Armenta certain hours per day outside of his residence.

Mr. Armenta's release has been supervised by Senior United States Probation Officer Garry Hackett. Specifically, Mr. Armenta seeks to travel from Miami to New York on February 14, 2023, and to return on February 17, 2023. We will provide Officer Hackett with the specific details of Mr. Armenta's travel arrangements.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

cc:   AUSA Christopher DiMase
      AUSA Nicholas Folly

104311805_1

AUSA Juliana Murray
AUSA Kevin Mead
Senior Probation Officer Garry Hackett

104311805_1