UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

- *against* -

GILBERT ARMENTA,

                Defendant.

**ORDER**

17-cr-556 (ER)

---

Ramos, D.J.:

    On January 31, 2023, Matthew Lee of the Inner City Press moved to be heard on his motion to remove certain redactions from the defendant's sentencing memorandum in the above-captioned matter. Doc. 66. The Court held a hearing on February 14, 2023. The Court has completed an *in camera* review of the redactions and has concluded that the redactions are proper in accordance with Section 21 of the Southern District's ECF Rules & Instructions and this Court's Individual Practices.

SO ORDERED.

Dated:    February 14, 2023
            New York, New York

                                                          Edgardo Ramos, U.S.D.J.