

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

February 28, 2023

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

    On behalf of Gilbert Armenta, we respectfully submit this request seeking a modification of Mr. Armenta's bail conditions following his February 16 sentencing to allow him to spend time with his family and prepare for his incarceration. We respectfully request that Mr. Armenta be permitted to: (i) leave his home between the hours of 7:00 am and 9:00 pm daily from the date of the Court's Order until he reports to serve his sentence; and (ii) travel to California to visit his mother, Virginia Armenta, from March 12 through March 19. As the Court knows, Mrs. Armenta is 81 years old, and has health issues, and Mr. Armenta would like to spend meaningful time with her before reporting for his five-year sentence.

    Mr. Armenta's current bail conditions permit him outside of his residence up to four hours per day for six days per week and do not permit travel outside of his district. Since his remand in July 2019, Mr. Armenta has only seen his mother on two occasions on which the Court likewise permitted him to travel to California for that purpose. On February 16, 2023, the Court sentenced Mr. Armenta to 60 months (5 years) incarceration and permitted him to voluntarily surrender after the Bureau of Prisons designates the appropriate facility.

    Mr. Armenta's release has been supervised by Senior United States Probation Officer Garry Hackett. Officer Hackett has informed us that his office does not object to the proposed bail modification or to the travel request. In addition, we contacted the United States Attorney's Office for the Southern District of New York, and that office likewise has no objection to the request.

104355722_2

Should the Court approve the requests, we will provide Officer Hackett with the specific details of Mr. Armenta's travel arrangements.

        Respectfully submitted,

        <u>/s/ Marc A. Weinstein.</u>
        Marc A. Weinstein

cc:    AUSA Christopher DiMase
       AUSA Nicholas Folly
       AUSA Juliana Murray
       AUSA Kevin Mead
       Senior Probation Officer Garry Hackett

104355722_2