

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

March 24, 2023

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>*United States v. Gilbert Armenta*, 17 Cr. 556 (ER)</u>

Dear Judge Ramos:

    On behalf of Gilbert Armenta, we respectfully request that the Court postpone Mr. Armenta's deadline to surrender to the Bureau of Prisons ("BOP") from March 30, 2023 (*see* Minute Entry dated Feb. 23, 2023; Judgment p.2.) until May 1, 2023, as the BOP has not yet designated the facility at which he will serve his sentence. The United States Attorney's Office for the Southern District of New York has no objection to the request.

    On February 16, 2023, the Court sentenced Mr. Armenta to 60 months' incarceration and permitted him to voluntarily surrender after the BOP designates the facility at which he will serve that sentence. In a discussion regarding the deadline to surrender, the Court stated "I typically give six weeks. And if he is not designated within that time, Mr. Weinstein, you are free to make an application for a later date." (Feb. 16, 2023 Sentencing Transcript, at 69:13-15.)

    Mr. Armenta thanks the Court for its consideration of this request.

    Respectfully submitted,

    /s/ Marc A. Weinstein.
    Marc A. Weinstein

cc:    AUSA Christopher DiMase
       AUSA Nicholas Folly
       AUSA Juliana Murray
       AUSA Kevin Mead
       Senior Probation Officer Garry Hackett

104485107_4