

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

# MEMO ENDORSED

April 28, 2023

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Mr. Armenta's surrender date is postponed until May 31, 2023.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 4/28/2023
> New York, New York

Re: *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

On behalf of Gilbert Armenta, we respectfully request that the Court postpone Mr. Armenta's deadline to surrender to the Bureau of Prisons ("BOP") from May 1, 2023 until May 31, 2023 so that he can attend to his 81-year old mother, Virginia Armenta, whose health has rapidly deteriorated. We apologize for the timing of the request, which results from recent medical developments. The United States Attorney's Office for the Southern District of New York has no objection to the request.

As the Court knows, Mr. Armenta is very close to his mother, whose health has recently been poor and has deteriorated rapidly in April, particularly since April 26. By way of background, Ms. Armenta lives alone in California, is diagnosed with ▅▅▅▅ (ECF 64 at 22.) ▅▅▅▅ Upon information and belief, results should be forthcoming in less than two weeks.

▅▅▅▅

---

[1] Excerpts of Ms. Armenta's medical records, as well as a summary chart provided by Gilbert's sister Cissy and brother-in-law Peter Mcloughlin are attached as Ex. 1.

104771468_1

      If permitted by the Court, Mr. Armenta will use the next 30 days to attend to his mother and to arrange for round-the-clock home care and potentially hospice care for her future.  It is Mr. Armenta's unfortunate expectation that his mother will not survive the length of his incarceration, but he is prepared to accept that likelihood and understands he cannot postpone his surrender date indefinitely.  Rather, he wants to ensure for her continued care while he is incarcerated, and likely spend his last time with his mother before he reports to the designated facility.

      Mr. Armenta thanks the Court for its consideration of this request.

      Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

cc: AUSA Christopher DiMase
     AUSA Nicholas Folly
     AUSA Juliana Murray
     AUSA Kevin Mead
     Senior Probation Officer Garry Hackett