UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :

UNITED STATES OF AMERICA

           - v. -                                        DECLARATION OF PUBLICATION

GILBERT ARMENTA,                        S1 17 Cr. 556 (ER)

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        I, Christopher J. DiMase, pursuant to Title 28, United States Code, Section 1746, hereby declare under penalty of perjury that:

        1.     I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

        2.     Attached to this declaration are (A) a true and correct copy of a notice of criminal forfeiture in this action, and (B) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 24, 2023 through April 22, 2023 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

        Both documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
       June 12, 2023

                                                        /s/
                                          Christopher J. DiMase
                                          Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: S1 17 CR. 556 (ER); NOTICE OF FORFEITURE

Notice is hereby given that on March 01, 2023, in the case of <u>U.S. v. GILBERT ARMENTA</u>, Court Case Number S1 17 CR. 556 (ER), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

One Cartier Necklace provided by the Defendant to the Government on or about January 25, 2018;

One Gold colored Bangle provided by the Defendant to the Government on or about January 25, 2018;

One Bulgari Necklace provided by the Defendant to the Government on or about January 25, 2018;

One set rose earrings JAR Paris provided by the Defendant to the Government on or about January 25, 2018;

One gold colored link necklace provided by the Defendant to the Government on or about January 25, 2018;  (18-FBI-008489)

One Hermes Etoupe 35cm Togo Birkin Taupe Gold provided by the Defendant to the Government on or about January 25, 2018

One Hermes Birkin Pink Alligator Bag provided by the Defendant to the Government on or about January 25, 2018;

One Hermes Birkin 35 Handbag provided by the Defendant to the Government on or about January 25, 2018  (18-FBI-008490)

$40,000,000.00 in United States currency that the Defendant transferred to the Government on or about August 10, 2018 (18-IRS-000734)

$803,500.00 in United States currency that the Defendant transferred to the Government on or about December 17, 2018 (18-IRS-000735)

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 828 SE 4th Street, Fort Lauderdale, FL, 33301-2219 described as Lot Number: 1, 2 Block: 11 District: 0312 City, Municipality, Township: FORT LAUDERDALE Subdivision Name: COLEE HAMMOCK 1-17 B Sec/Twn/Rng/Mer: SEC 11 TWN 50S RNG 42E Brief Description: COLEE HAMMOCK 1-17 B LOT 1, 2 BLK 11, Parcel No. 50-42-11-01-04400; (19-IRS-000686)

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2900 N Atlantic Blvd, Fort Lauderdale, FL, 33308-7512 described as Lot Number: 1 Block: 13 District: 0312 City, Municipality, Township: FORT LAUDERDALE Subdivision Name: LAUDERDALE BEACH 4-2 B Sec/Twn/Rng/Mer: SEC 30 TWN 49S RNG 43E Brief Description: LAUDERDALE BEACH 4-2 B LOT 1 BLK 13; Parcel No. 49-43-30-01-2760 (19-IRS-000687)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (March 24, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Christopher DiMase, One St. Andrew's Plaza, New York, NY  10007.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Christopher DiMase, One St. Andrew's Plaza, New York, NY  10007.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 24, 2023 and April 22, 2023. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. GILBERT ARMENTA

**Court Case No:**       S1 17 CR. 556 (ER)
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/24/2023 | 23.9 | Verified |
| 2 | 03/25/2023 | 24.0 | Verified |
| 3 | 03/26/2023 | 24.0 | Verified |
| 4 | 03/27/2023 | 23.9 | Verified |
| 5 | 03/28/2023 | 24.0 | Verified |
| 6 | 03/29/2023 | 24.0 | Verified |
| 7 | 03/30/2023 | 23.9 | Verified |
| 8 | 03/31/2023 | 23.9 | Verified |
| 9 | 04/01/2023 | 23.9 | Verified |
| 10 | 04/02/2023 | 23.9 | Verified |
| 11 | 04/03/2023 | 23.9 | Verified |
| 12 | 04/04/2023 | 23.9 | Verified |
| 13 | 04/05/2023 | 24.0 | Verified |
| 14 | 04/06/2023 | 23.9 | Verified |
| 15 | 04/07/2023 | 23.9 | Verified |
| 16 | 04/08/2023 | 23.8 | Verified |
| 17 | 04/09/2023 | 23.9 | Verified |
| 18 | 04/10/2023 | 23.9 | Verified |
| 19 | 04/11/2023 | 23.9 | Verified |
| 20 | 04/12/2023 | 23.8 | Verified |
| 21 | 04/13/2023 | 23.9 | Verified |
| 22 | 04/14/2023 | 23.9 | Verified |
| 23 | 04/15/2023 | 23.9 | Verified |
| 24 | 04/16/2023 | 23.9 | Verified |
| 25 | 04/17/2023 | 24.0 | Verified |
| 26 | 04/18/2023 | 24.0 | Verified |
| 27 | 04/19/2023 | 23.9 | Verified |
| 28 | 04/20/2023 | 24.0 | Verified |
| 29 | 04/21/2023 | 23.9 | Verified |
| 30 | 04/22/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.