UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

GILBERT ARMENTA,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S1 17 Cr. 556 (ER)

    WHEREAS, on or about March 1, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 75) (the "Preliminary Order of Forfeiture"), which ordered the forfeiture to the United States, *inter alia*, of all right, title and interest of GILBERT ARMENTA (the "Defendant") in the following property:

    a. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 828 SE 4th Street, 4th Street, Fort Lauderdale, FL, 33301-2219 described as Lot Number: 1, 2 Block: 11 District: 0312 City, Municipality, Township: FORT LAUDERDALE Subdivision Name: COLEE HAMMOCK 1-17 B Sec/Twn/Rng/Mer: SEC 11 TWN 50S RNG 42E Brief Description: COLEE HAMMOCK 1-17 B LOT 1, 2 BLK 11, Parcel No. 50-42-11-01-0440;

    b. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 2900 N Atlantic Blvd, Fort Lauderdale, FL 33308-7512 described as Lot Number: 1 Block: 13 District: 0312 City, Municipality, Township: FORT LAUDERDALE Subdivision Name: LAUDERDALE BEACH 4-2 B Sec/Twn/Rng/Mer: SEC 30 TWN 49S RNG 43E Brief Description: LAUDERDALE BEACH 4-2 B LOT 1 BLK 13; Parcel No. 49-43-30-01-2760;

(collectively, the "Specific Property");

    WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) beginning on March 24, 2023, for thirty (30) consecutive days, through April 22, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on June 12, 2023 (D.E. 91);

WHEREAS, on or about April 19, 2023, US Bank Trust National Association, as trustee of the LB Igloo Series IV Trust ("US Bank") advised the Government of its interest in the real property located at 828 SE 4th Street, Fort Lauderdale, FL 33301-2219 (the "Subject Property");

WHEREAS, on or about June 6, 2023, the Court entered a Stipulation and Order resolving US Bank's interest in the Subject Property wherein the Government agreed to satisfy US Bank's interest from the net sale proceeds of the Subject Property (D.E. 90);

WHEREAS, the Defendant and US Bank are the only people and/or entities known by the Government to have a potential interest in the Specific Property;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no other petitions or claims to contest the forfeiture of the Specific Property have been filed; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

[REMAINDER OF PAGEINTENTIONALLY LEFT BLANK]

3.  The United States (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       June 13, 2023

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE