UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA          :
:              **FINAL ORDER OF**
        -v.-                       :              **FORFEITURE**
:
GILBERT ARMENTA,                  :              S1 17 Cr. 556 (ER)
:
        Defendant.                :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about March 1, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 75) (the "Preliminary Order of Forfeiture"), which ordered the forfeiture to the United States of all right, title and interest of GILBERT ARMENTA (the "Defendant") in, *inter alia*, the following property:

    a) One Cartier Necklace provided by the Defendant to the Government on or about January 25, 2018;

    b) One Gold colored Bangle provided by the Defendant to the Government on or about January 25, 2018;

    c) One Bulgari Necklace provided by the Defendant to the Government on or about January 25, 2018;

    d) One set rose earrings JAR Paris provided by the Defendant to the Government on or about January 25, 2018;

    e) One gold colored link necklace provided by the Defendant to the Government on or about January 25, 2018;

    f) One Hermes Etoupe 35cm Togo Birkin Taupe Gold provided by the Defendant to the Government on or about January 25, 2018;

    g) One Hermes Birkin Pink Alligator Bag provided by the Defendant to the Government on or about January 25, 2018;

    h) One Hermes Birkin 35 Handbag provided by the Defendant to the Government on or about January 25, 2018;

> i) $40,000,000.00 in United States currency that the Defendant transferred to the Government on or about August 10, 2018; and
>
> j) $803,500.00 in United States currency that the Defendant transferred to the Government on or about December 17, 2018;

(a through j, collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) beginning on March 24, 2023, for thirty (30) consecutive days, through April 22, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on June 12, 2023 (D.E. 91);

WHEREAS, on or about June 26, 2023, notice was sent via email to the following parties:

    a.    Robert MacDonald
          c/o Helen Holder;

    b.    Ruja Ignatova; and

    c.    Christopher Hamilton
          c/o Fiona Haddadeen & Katy Smart
          Sonn Macmillan Walker;

WHEREAS, on or about June 29, 2023, notice was sent via Federal Express to the following party:

    d.    Robert MacDonald
          c/o Helen Holder
          Kang Solicitors, London Office
          Level 1, Devonshire House
          One Mayfair Place
          Mayfair
          London W1J 8AJ;

(a. through d., collectively, the "Noticed Parties");

WHEREAS, the Defendant and the Noticed Parties are the only people and/or entities known by the Government to have a potential interest in the Specific Property;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       August 14, 2023

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE