UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>GILBERT ARMENTA,<br><br>                    Defendant. | 17-CR-556 (ER)<br><br>**NOTICE OF MOTION FOR<br>COMPASSIONATE RELEASE** |

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Gilbert Armenta's Motion for Compassionate Release, Defendant Gilbert Armenta will move before the Hon. Edgardo Ramos, United States District Judge for the Southern District of New York, located at 40 Foley Square, New York, New York, at a date and time to be fixed by the Court, for an Order for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i) in light of the extraordinary and compelling circumstances presented by Mr. Armenta's rapidly deteriorating health.

Dated:  March 15, 2024
           New York, New York

                                                  Respectfully submitted,
                                                  HUGHES HUBBARD & REED LLP

                                                  By: */s/ Marc A. Weinstein*
                                                    Marc A. Weinstein
                                                    Kiran H. Rosenkilde
                                                    One Battery Park Plaza
                                                    New York, New York 10004
                                                    Telephone: (212) 837-6000
                                                    Facsimile: (212) 422-4726
                                                    Email: marc.weinstein@hugheshubbard.com
                                                                kiran.rosenkilde@hugheshubbard.com

                                                *Attorney for Defendant Gilbert Armenta*

280756128_1