# Exhibit A

# Privileged Medical Records