# Exhibit B

# Privileged Medical Records