# Exhibit D

# AFFIDAVIT

I, Irina Belyaeva, having been first duly sworn, provide this Affidavit and state the following is true and correct to the best of my knowledge:

1. I had relationship with Gilbert Armenta prior to his incarceration and had the opportunity to periodically visit after his surrender to BOP FCI Miami custody on May 31, 2023.

He used to be very healthy, but ███████████████████████████████████████

STATE OF __Florida__ )
) SS
COUNTY OF __Broward__ )

__IRINA Belyaeva__                     __[signature]__
PRINT FULL NAME                         SIGNATURE

Sworn to and subscribed before me this __11__ day of __March__, 20__24__.

__Julia Nam__
Notary Public

[signature]
03/11/2024

Notary Seal

JULIA NAM
Notary Public-State of Florida
Commission # HH 136374
My Commission Expires
June 01, 2025