# Exhibit E

```
REGNO..: 79562-054 NAME: ARMENTA, GILBERT

                   RESP OF: MIA
                   PHONE..: 305-259-2100   FAX: 305-259-2160
                                           RACE/SEX...: WHITE / MALE
                                           AGE: 60
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 02-11-2027                    PAR HEAR DT:
```

G0002          MORE PAGES TO FOLLOW . . .

```
REGNO..: 79562-054 NAME: ARMENTA, GILBERT

                RESP OF: MIA
                PHONE..: 305-259-2100   FAX: 305-259-2160
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 05-16-2026

FINAL STATUTORY RELEASE FOR INMATE.: 02-11-2027 VIA GCT REL
         WITH APPLIED FSA CREDITS.:  90  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 11-13-2026 VIA FSA REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: S1 1:17-CR-556-ER
JUDGE...........................: RAMOS
DATE SENTENCED/PROBATION IMPOSED: 02-16-2023
DATE COMMITTED..................: 05-31-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $500.00        $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  820      COMMUNICATIONS ACT
OFF/CHG: 18:1349 CONSPIRACY TO COMMIT WIRE FRAUD CT1, 18:1956(H)
         CONSPIRACY TO COMMIT MONEY LAUNDERING CT2-4; 18:1951
         CONSPIRACY TO COMMIT HOBBS ACT EXTORTION, CT5

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     60 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 09-13-2017
```

```
REGNO..: 79562-054 NAME: ARMENTA, GILBERT

               RESP OF: MIA
               PHONE..: 305-259-2100   FAX: 305-259-2160
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-05-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-20-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-31-2023
TOTAL TERM IN EFFECT............:    60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 09-13-2017

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                   09-13-2017   09-18-2017
                                   07-19-2019   03-26-2020

TOTAL PRIOR CREDIT TIME.........: 258
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 216
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 02-11-2027
ELDERLY OFFENDER TWO THIRDS DATE: 01-15-2026
EXPIRATION FULL TERM DATE.......: 09-15-2027
TIME SERVED.....................:      1 YEARS      4 MONTHS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..:  28.2
PERCENT OF STATUTORY TERM SERVED:  32.0

PROJECTED SATISFACTION DATE.....: 11-13-2026
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...:  90




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```