# Exhibit F



# Audrey L. Smith
### ATTORNEY AT LAW

November 17, 2023

Warden
FCI Miami
15801 S.W. 137TH AVENUE
MIAMI, FL 33177
MIA-ExecAssistant@bop.gov

RE:     ARMENTA, GILBERT, Register Number 79562-054

Dear Warden:

My law firm has been retained to represent Mr. Gilbert Armenta, Register Number 79562-054. Mr. Armenta, 60, suffers from various illnesses described below including ███████████████████████ ███████████████████ We are authorized to act on his behalf.

Mr. Armenta, a U.S. citizen, is seeking Compassionate Release pursuant to Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). A first-time offender, Mr. Armenta pleaded guilty to laundering proceeds from a cryptocurrency scheme to defraud investors.

On March 16, 2023, Judge Edgardo Ramos sentenced Mr. Armenta to 60 months imprisonment followed by three years of supervised release. No fine or restitution was imposed.

When imposing sentence, the Court varied downward significantly due to Mr. Armenta's "extraordinary cooperation."

> I give great credit to individuals who cooperate with the government. I think that especially in a case like this one, where they cooperate immediately, give over information immediately, cooperate affirmatively, immediately, by making calls and putting themselves out there, I think that merits a great deal of credit. Where they put their family in danger, as sometimes happens, I believe that merits a great deal of credit. Based on what the government has provided and what your counsel has provided, your cooperation was extraordinary, resulting in the recapture of tens of millions of dollars and the prosecution of others and



*the investigation of others. Because of all of that, today might have had a very different result. But I do believe, as I indicated, that some level of punishment is necessary.*

Sent. Trans. at 63:5-20.

Mr. Armenta was allowed to self-report to FCI Miami on May 31, 2023, where he remains incarcerated. As of November 30, 2023, he will have served 6 months imprisonment.

As reflected in the table below from the U.S. Sentencing Commission's 2022 Sourcebook of Federal Sentencing Statistics, a sentence of a six months is greater than the median sentences imposed for Administration of Justice offenses (4 months) and Extortion offenses (5 months).

**Table 27**

**SENTENCE LENGTH IN EACH CRIMINAL HISTORY CATEGORY BY TYPE OF CRIME[1]**

**Fiscal Year 2022**

| | TOTAL | | | I | | | II | | | III | | | IV | | | V | | | VI | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE OF CRIME | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N |
| TOTAL | 52 | 27 | 63,763 | 40 | 14 | 26,377 | 38 | 14 | 8,817 | 49 | 24 | 10,866 | 60 | 37 | 6,580 | 74 | 51 | 4,250 | 98 | 77 | 6,873 |
| Administration of Justice | 12 | 8 | 647 | 9 | 4 | 415 | 13 | 10 | 53 | 13 | 8 | 71 | 16 | 18 | 31 | 20 | 18 | 35 | 32 | 30 | 42 |
| Antitrust | 5 | 0 | 8 | 5 | 0 | 7 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Arson | 45 | 42 | 106 | 34 | 27 | 53 | 55 | 44 | 12 | 43 | 30 | 17 | 59 | 60 | 10 | 60 | 60 | 3 | 76 | 76 | 11 |
| Assault | 65 | 43 | 833 | 40 | 24 | 292 | 51 | 36 | 93 | 74 | 42 | 147 | 75 | 60 | 100 | 87 | 68 | 72 | 102 | 84 | 129 |
| Bribery/Corruption | 19 | 12 | 360 | 18 | 12 | 327 | 40 | 36 | 9 | 22 | 20 | 12 | 9 | 4 | 4 | -- | -- | 2 | 48 | 41 | 6 |
| Burglary/Trespass | 19 | 11 | 111 | 5 | 2 | 47 | 23 | 7 | 10 | 15 | 18 | 17 | 22 | 21 | 8 | 28 | 30 | 13 | 51 | 33 | 16 |
| Child Pornography | 110 | 96 | 1,435 | 96 | 78 | 1,016 | 134 | 120 | 126 | 136 | 120 | 190 | 162 | 144 | 51 | 191 | 166 | 28 | 158 | 145 | 24 |
| Commercialized Vice | 24 | 16 | 73 | 19 | 13 | 42 | 47 | 18 | 7 | 20 | 14 | 12 | 31 | 27 | 3 | -- | -- | 1 | 41 | 37 | 8 |
| Drug Possession | 3 | 0 | 260 | 0 | 0 | 159 | 2 | 0 | 28 | 2 | 0 | 26 | 7 | 0 | 13 | 1 | 0 | 8 | 15 | 2 | 26 |
| Drug Trafficking | 78 | 60 | 19,930 | 54 | 37 | 8,294 | 70 | 60 | 2,340 | 81 | 65 | 3,052 | 94 | 84 | 1,963 | 106 | 92 | 1,342 | 126 | 120 | 2,939 |
| Environmental | 4 | 0 | 145 | 4 | 0 | 121 | 4 | 0 | 15 | 4 | 2 | 7 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 |
| Extortion/Racketeering | 44 | 24 | 112 | 24 | 5 | 60 | 17 | 10 | 11 | 49 | 48 | 8 | 49 | 45 | 8 | 86 | 23 | 4 | 107 | 61 | 14 |
| Firearms | 49 | 37 | 9,240 | 22 | 14 | 1,370 | 31 | 27 | 818 | 38 | 32 | 1,856 | 48 | 42 | 1,781 | 58 | 48 | 1,305 | 76 | 63 | 2,110 |
| Food and Drug | 12 | 4 | 37 | 9 | 0 | 33 | 37 | 48 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Forgery/Counter/Copyright | 16 | 12 | 111 | 7 | 0 | 43 | 9 | 8 | 12 | 12 | 9 | 15 | 22 | 25 | 12 | 26 | 23 | 10 | 34 | 31 | 19 |
| Fraud/Theft/Embezzlement | 22 | 12 | 5,456 | 19 | 10 | 3,830 | 22 | 14 | 446 | 27 | 19 | 508 | 35 | 26 | 224 | 34 | 24 | 155 | 35 | 30 | 273 |
| Immigration | 12 | 8 | 17,615 | 7 | 4 | 6,390 | 10 | 8 | 4,138 | 14 | 12 | 3,968 | 21 | 18 | 1,792 | 29 | 27 | 820 | 35 | 30 | 498 |
| Individual Rights | 41 | 18 | 91 | 41 | 20 | 82 | 100 | 0 | 3 | -- | -- | 2 | -- | -- | 0 | 10 | 3 | 3 | -- | -- | 1 |
| Kidnapping | 182 | 160 | 127 | 144 | 120 | 42 | 139 | 120 | 17 | 180 | 186 | 17 | 178 | 168 | 13 | 198 | 210 | 13 | 271 | 235 | 25 |
| Manslaughter | 86 | 68 | 80 | 68 | 60 | 47 | 94 | 87 | 8 | 120 | 97 | 12 | 87 | 87 | 6 | -- | -- | 2 | 176 | 180 | 5 |
| Money Laundering | 61 | 53 | 1,191 | 41 | 24 | 844 | 73 | 51 | 114 | 104 | 72 | 125 | 137 | 99 | 48 | 129 | 108 | 23 | 191 | 180 | 37 |
| Murder | 260 | 240 | 408 | 258 | 221 | 152 | 266 | 240 | 54 | 254 | 216 | 77 | 224 | 192 | 39 | 287 | 270 | 28 | 279 | 300 | 58 |
| National Defense | 37 | 17 | 174 | 20 | 12 | 133 | 29 | 34 | 12 | 47 | 40 | 9 | -- | -- | 1 | -- | -- | 0 | 155 | 180 | 19 |
| Obscenity/Other Sex Offenses | 22 | 18 | 342 | 24 | 15 | 45 | 21 | 12 | 42 | 17 | 13 | 91 | 18 | 17 | 58 | 27 | 27 | 48 | 27 | 25 | 58 |
| Prison Offenses | 12 | 9 | 499 | 5 | 2 | 28 | 4 | 2 | 9 | 5 | 4 | 102 | 11 | 8 | 105 | 14 | 12 | 86 | 17 | 15 | 169 |
| Robbery | 106 | 96 | 1,443 | 81 | 65 | 369 | 96 | 84 | 171 | 104 | 90 | 280 | 114 | 108 | 197 | 119 | 102 | 135 | 133 | 120 | 291 |
| Sexual Abuse | 207 | 180 | 1,499 | 198 | 180 | 1,006 | 201 | 180 | 151 | 212 | 180 | 139 | 211 | 204 | 73 | 268 | 262 | 79 | 284 | 240 | 51 |
| Stalking/Harassing | 27 | 18 | 265 | 21 | 16 | 133 | 27 | 20 | 41 | 25 | 17 | 29 | 25 | 24 | 19 | 31 | 21 | 14 | 51 | 51 | 29 |
| Tax | 14 | 9 | 496 | 13 | 7 | 424 | 19 | 12 | 38 | 15 | 15 | 20 | 25 | 29 | 4 | 13 | 18 | 3 | 26 | 12 | 7 |
| Other | 3 | 0 | 669 | 2 | 0 | 553 | 3 | 0 | 36 | 5 | 1 | 49 | 4 | 4 | 16 | 13 | 12 | 7 | 30 | 21 | 8 |

[1] Of the 64,142 cases, 379 cases were excluded due to one of the following reasons: missing Criminal History Category (378) or unknown or indeterminable sentencing information (1). Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.



According to the CDC, at 60 years of age, Mr. Armenta is 3.1 times more likely to be hospitalized, and at least 25 times as likely to die from a COVID-19 infection than someone 18-29 years old.   In addition, Mr. Armenta suffers from ███████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████ Mr. Armenta hasn't received treatment for his disease while in FCI Miami's custody.

████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ███████████████████████

As federal judges have recognized,

> *It is apparent that we should not be adding to the prison population during the COVID-19 pandemic if it can be avoided. Several recent court rulings have explained the health risks—to inmates, guards, and the community at large—created by large prison populations. Complications have already begun inside federal prisons—inmates and prison employees are starting to test positive for the virus, quarantines are being instituted, visits from outsiders have been suspended, and inmate movement is being restricted even more than usual. To avoid adding to the complications and creating unnecessary health risks, offenders who are on release and scheduled to surrender to the Bureau of Prisons in the coming months should, absent extraordinary circumstances, have their surrender dates extended until this public health crisis has passed.*

*United States v. Powell, No. 19-cr-00061, 2020 U.S. Dist. LEXIS 62077, \*1-\*2, 2020 WL 1540485 (N.D. Cal. Mar. 27, 2020) (Illston, J.); United States v. Huang, No. 19-cr-00110, 2020 U.S. Dist. LEXIS 58355, \*1-\*2, 2020 WL 1540483 (N.D. Cal. Mar. 27, 2020) (Illston, J.); United States v. Garlock, No. 18-cr-00418, 2020 U.S. Dist. LEXIS 53747, \*1-\*2, 2020 WL 1439980 (N.D. Cal. Mar. 25, 2020) (Chhabria, J.).*

On November 1, 2023, new amendments to the U.S. Sentencing Guidelines regarding compassionate release went into effect.  In addition to the medical condition of an inmate, the fact that an institution may not be able to protect an inmate from an infectious disease may constitute an extraordinary and compelling reason for release. See USSG §1B1.13(b)(1)(D).



Accordingly, we urge you to please review this matter and move Judge Ramos of the U.S. District Court for the Southern District of New York for Mr. Armenta's compassionate release as soon as possible.

If any further information is required, please do not hesitate to contact me. I look forward to hearing from your office in the near future.

Sincerely,

Audrey Smith, Esq.