UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# MEMO ENDORSED

---

UNITED STATES OF AMERICA,

v.

GILBERT ARMENTA,

                Defendant.

---

17-CR-556 (ER)

**NOTICE OF MOTION FOR COMPASSIONATE RELEASE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Gilbert Armenta's Motion for Compassionate Release, Defendant Gilbert Armenta will move before the Hon. Edgardo Ramos, United States District Judge for the Southern District of New York, located at 40 Foley Square, New York, New York, at a date and time to be fixed by the Court, for an Order for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i) in light of the extraordinary and compelling circumstances presented by Mr. Armenta's rapidly deteriorating health.

Dated: March 15, 2024
       New York, New York

Respectfully submitted,
HUGHES HUBBARD & REED LLP

By: */s/ Marc A. Weinstein*
   Marc A. Weinstein
   Kiran H. Rosenkilde
   One Battery Park Plaza
   New York, New York 10004
   Telephone: (212) 837-6000
   Facsimile: (212) 422-4726
   Email: marc.weinstein@hugheshubbard.com
            kiran.rosenkilde@hugheshubbard.com

*Attorney for Defendant Gilbert Armenta*

---

The government is directed to respond to Armenta's motion by April 1, 2024. SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 3/18/24
New York, New York