U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

March 28, 2024

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The government's deadline to respond is extended to April 15, 2024.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 4/2/2024
> New York, New York

Re:   *United States v. Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

On March 15, 2024, the defendant filed a motion for compassionate release, dkt. 106, and on March 18, the Court ordered the Government to respond to the motion by April 1, dkt. 108.

The primary basis of the motion is the defendant's health and his medical treatment while incarcerated. The Government has been attempting to speak to the defendant's treating physician at the facility in which he is incarcerated, but it has not yet been able to do so. The Government therefore respectfully requests a two-week extension of the time to respond to the defendant's motion, until April 15, so the Government can more fully put the relevant facts about the defendant's health and treatment before the Court.

The Government asked the defense for its position on the requested extension this morning, but has not yet received a response from the defense.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Kevin Mead*
Nicholas Folly / Kevin Mead / Juliana Murray
Assistant United States Attorneys
(212) 637-1060/2211/2314

cc:  All Counsel of Record (via ECF)