

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

April 25, 2024

<u>**VIA EMAIL & ECF**</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  <u>United States v. Gilbert Armenta</u>, 17 Cr. 556 (ER)

Dear Judge Ramos:

  On behalf of Gilbert Armenta, we respectfully write to update the Court regarding the BOP's continuing lack of medical treatment for Mr. Armenta, which is the subject of his March 15, 2024 Motion for Compassionate Release (the "Motion" (ECF 106-07)) and April 15, 2024 reply to the Government's opposition to the Motion (the "Reply" (ECF 114)).

  *First*, Mr. Armenta has not received the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ordered at the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (*see* Howard Supp. Report at 4), nor any other ▇▇▇▇▇▇.

  *Second*, Mr. Armenta still has not received the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ at the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, which is supposed to "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇." (Howard Supp. Report at 4.)

  *Third*, Mr. Armenta has not had the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, but which the BOP did not provide to him. (Howard Supp. Report at 4.)

  *Fourth*, Mr. Armenta still has not received the ▇▇▇▇ that was ordered on June 7, 2023, more than ten months ago. (Howard Supp. Report at 1.)

Mr. Armenta ████████████████████████████████
████████████████████████████████. We urge the Court to consider his Motion expeditiously in light of the ongoing lack of critical medical care.

        Respectfully submitted,

        /s/ Marc A. Weinstein
        Marc A. Weinstein

cc: all counsel (by ECF)