

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

September 27, 2024

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Update Regarding Pending Motion in
                    <u>United States v. Gilbert Armenta</u>, 17 Cr. 556 (ER)

Dear Judge Ramos:

      On behalf of Defendant Gilbert Armenta, and in connection with his pending Motion for Compassionate Release (the "Motion" (ECF 106-07)), we respectfully write to update the Court regarding Mr. Armenta's deteriorating health resulting from ▇▇ and the BOP's ongoing lack of medical treatment for Mr. Armenta. In addition to the Motion filed March 15, 2024, we also previously submitted an April 15, 2024 reply to the Government's opposition to the Motion (the "Reply" (ECF 114)), and April 25, 2024 letter updating the Court concerning additional developments (the "Update Letter" (ECF 115)).

      It appears that the filing of the Motion more than six months ago prompted some short-lived action by the BOP, including some ▇▇▇▇ and a short period of ▇▇▇▇▇▇▇▇▇▇▇▇▇. However, since the briefing on the Motion was completed back in April 2024, Mr. Armenta's illness has been ignored. Mr. Armenta has all but been forgotten since the government's opposition to the Motion. (ECF 112 at 6 n.3 (the "Opposition") (stating that "The Government does not understand that the Motion is what prompted the ▇▇▇ and appointment with a ▇▇▇▇▇▇▇▇[,]" and that, "it is not entirely clear what additional treatment the defendant should have been receiving.")

      Since that time, Mr. Armenta's ▇▇▇▇▇▇▇▇▇▇ and the treatment and medication he has been promised by the BOP did not materialize. As noted in the Update Letter, Mr. Armenta still has not received the medication prescribed at his ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ many months

ago. Thus, Mr. Armenta has been denied the necessary medication that is designed ███ ████████████████████████.

In addition, ████████████████ was abandoned by the BOP less than two months after it started. Mr. Armenta has been taking ████████████████████████████████ ████████████████████████████████████████████████████████████████████████████.

Mr. Armenta respectfully requests that the Court consider and rule upon his motion for compassionate release so that he can receive proper treatment and ████████████████ ████████████████████.

                                                             Respectfully submitted,

                                                             /s/ Marc A. Weinstein
                                                             Marc A. Weinstein

cc:    all counsel (by ECF)