

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

May 8, 2025

**VIA EMAIL & ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Gilbert Armenta, 17 Cr. 556 (ER)</u>

Dear Judge Ramos:

    We write on behalf of Gilbert Armenta in the above-referenced matter, and specifically as regards two pending motions. The first is Mr. Armenta's Motion for Compassionate Release (ECF No. 106). Mr. Armenta was recently released from FCI Miami and is serving the remainder of his sentence in a halfway house designated by the Bureau of Prisons. While the BOP continued to ignore Mr. Armenta's medical issues, Mr. Armenta will now be able to seek the appropriate medical attention on his own accord. As a result, we withdraw the pending motion as it has become moot.

    The other pending motion is the Motion to Exonerate Bond (ECF No. 102). As described in the filings for that motion, the Court is still holding $500,000 pursuant to Mr. Armenta's appearance bond in the case. Mr. Armenta still has outstanding legal fees from this case, well in excess of $500,000, including from his sentencing proceeding and the two motions described herein. Should the Court grant the motion, the released funds will be used to pay down his substantial legal fees. We appreciate the Court's attention to this matter and respectfully request that the Court grant the Motion to Exonerate Bond.

                                                  Respectfully submitted,

                                                  /s/ Marc A. Weinstein
                                                  Marc A. Weinstein

cc:    all counsel (by ECF)