UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                                        :

UNITED STATES OF AMERICA       :

            - v. –                          :          **ORDER**

GILBERT ARMENTA,                :          17 Cr. 556 (ER)

           Defendant.            :

------------------------------------------------------X

        WHEREAS, on September 18, 2017, the Honorable Judge Debra C, Freeman, Magistrate Judge, Southern District of New York, ordered GILBERT ARMENTA (the "Defendant") held on $1,000,000 bail secured by one financially responsible person and further secured by $150,000 cash/property;

        WHEREAS, on or about August 17, 2022, the Defendant personally posted $500,000 cash bail (the "Bail Funds") toward a $5,000,000 court-ordered personal recognizance bond, and the Bail Funds remain on deposit with the Clerk of Court;

        WHEREAS, on or about January 24, 2018, the Defendant pled guilty to conspiracy fraud, two counts of conspiracy to commit money laundering and conspiracy to commit extortion;

        WHEREAS, on or about March 1, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment imposing a money judgment in the amount of $300,000,000 in United States currency (the "Money Judgment") against the Defendant (D.E. 75); and

WHEREAS, on or about December 26, 2023, the Government moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of the Defendant's Money Judgment (the "Motion")(D.E. 103); and

WHEREAS, on or about July 10, 2025, the Court issued an Opinion and Order granting the Government's Motion

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, if any, to the United States in the form of a check payable to the U.S. Department of Treasury which shall reference the Defendant's name and case number, and be delivered to the Illicit Finance and Money Laundering Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, NY.

2. Upon execution of this Order, and pursuant to 21 U.S.C. § 853, the United States Department of Treasury (or its designee) shall be authorized to deposit the Bail Funds, as a payment on the Money Judgment, in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited proper.

SO ORDERED:

_____     7/28/2025
HONORABLE EDGARDO RAMOS              DATE
United States District Judge