UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

GILBERT ARMENTA,

                Defendant.

**ORDER**

17 Cr. 556 (ER)

RAMOS, D.J.:

        Gilbert Armenta filed a motion for compassionate release on March 15, 2024. Doc. 106.  On May 8, 2025,  Armenta informed the Court that he was withdrawing the motion for compassionate release because he was recently released.  Doc. 119.  The Clerk of Court is respectfully directed to terminate the motions, Docs. 106 & 109.

        It is SO ORDERED.

Dated:    August 1, 2025
             New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.