

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

June 1, 2026

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  *United States v. Gilbert Armenta*, 17 Cr. 556 (ER)

Dear Judge Ramos:

  We write on behalf of Gilbert Armenta in the above-referenced matter to respectfully request that the Court issue a standing order permitting Mr. Armenta to travel domestically and internationally, conditioned on Mr. Armenta sharing his travel itinerary and supporting documents with his probation officer at least seven days prior to any trip.  This proposed standing order would facilitate Mr. Armenta's planned international work-related travel arrangements as well as visits with close family abroad.  The government takes no position concerning this request.

  Mr. Armenta resides in Florida and is currently on supervised release for a term of three years following his April 16, 2025 release from incarceration. Among the standard conditions of supervision, Mr. Armenta may not leave the federal judicial district of his residence without first getting permission from the Court or his probation officer.  (ECF 105 at 5 ¶ 3.)  Mr. Armenta's probation officer, who is copied to this application, requires for any travel request: (1) advance notice of seven days; and (2) a copy of Mr. Armenta's travel itinerary.  Additionally, Probation Officer Okun requests that international travel be limited to 7-10 days per trip.  Probation Officer Okun has granted Mr. Armenta's requests in the past without incident, but we understand she would prefer the Court to grant a standing order for travel given Mr. Armenta's requests.

  Mr. Armenta is currently employed by the Vestia Group, LLC, a company involved in infrastructure and development projects.  As described in the accompanying letter from Vestia, Mr. Armenta's presence at meetings and project sites both in the United States and abroad is necessary for him to work effectively. (*See* Ex. 1.) By way of several examples:

2

- AEE Power Holdings SARL: Mr. Armenta has been invited to participate in an advisory engagement concerning financing and renewable power projects during the third week of June 2026 in Madrid. (*See* Ex. 2.)
- MEHA Institute: Mr. Armenta has been invited to participate in an advisory engagement in Switzerland to assess and provide guidance concerning system architecture and the implementation of advanced technologies.  (*See* Ex. 3.)
- USABRA Networking Services S.A. DE C.V.: Mr. Armenta has been invited to participate in meetings in Paraguay, San Paulo, and Mexico City during the last week of June and first week of July 2026 with a government official and business professionals relating to cross-border e-commerce infrastructure and digital assets. (*See* Ex. 4.)

Additionally, Mr. Armenta has a minor child who lives abroad.  As a result of his incarceration, Mr. Armenta was unable to visit his child for several years.  He is eager to travel to see this family member as often as possible.

For the business and family reasons described above, we request that the Court grant Mr. Armenta a standing order permitting travel domestically and internationally subject to notice to the Probation Department in advance of any such travel.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

cc:    all counsel (by ECF)
U.S. Probation Officer Tanya Okun (by email to tanya_okun@flsp.uscourts.gov)