# Exhibit 2




VESTIA GROUP LLC
500 East Broward Blvd. 900
Ft. Lauderdale, FL 33394
C/O: Ms. Audrey Smith & Mr. Gilbert Armenta

Re: Invitation to Madrid Spain for Advisory Engagement on Structured Finance for AEE Renewable Power Projects

Madrid, May 13, 2026

Dear Ms. Smith and Mr. Armenta,

We extend a formal invitation for you to travel to Madrid to participate in a targeted advisory engagement in the third week of June 2026.

This initiative has been requested to leverage your expertise in structured finance and renewable energy infrastructure projects. The primary objective is to evaluate and enhance financing capabilities for our renewable power project development pipeline.

Your role will involve direct consultation with senior stakeholders to assess current development pipeline and associated capital stacks, identify optimization pathways, and provide strategic guidance on minimizing cost of capital and enhancing alternative financing capabilities.

Given the complex nature of our project pipeline across over 20 countries in Africa, your in-person participation is essential to ensure alignment across legal, operational, financial and technological domains.

We look forward to hosting you in Madrid and to coordinating the necessary travel arrangements.

Sincerely,

Jose Angel Gonzalez Tausz
Chariman
AEE Power Holdings SARL

AEE POWER EPC, S.A.U. – C.I.F. A-84646256
Inscrita en el Registro Mercantil de Madrid, Tomo 22.601, Folio 28, Sección 8, Hoja M-404086, Inscripción 1ª

**AEE Power EPC S.A.U.**
Avenida del Partenón 16-18, 28042 Madrid, Spain
T: +34 917 708 777
www.aeepower.com