# Exhibit 3



April 28, 2026

VESTIA GROUP LLC
500 East Broward Blvd. #900
Ft. Lauderdale, FL 33394
C/O: Ms. Audrey Smith & Mr. Gilbert Armenta

**RE: Invitation to Switzerland for Advisory Engagement on Digital Assets and AI-Driven Identity Platforms**

Dear Ms. Smith and Mr. Armenta,

We extend a formal invitation for you to travel to Switzerland to participate in a targeted advisory engagement.

This initiative has been requested to leverage your expertise in digital assets and emerging AI-driven business models. The primary objective is to evaluate and enhance identity platform capabilities through the integration of advanced technologies, including machine learning applications and decentralized frameworks.

Your role will involve direct consultation with senior stakeholders to assess current system architecture, identify optimization pathways, and provide strategic guidance on scalable implementation models.

Given the technical and commercial complexity of this initiative, your in-person participation is essential to ensure alignment across legal, operational, and technological domains.

We look forward to your confirmation and to coordinating the necessary arrangements.

Sincerely,

Erbil Gunasti
Director
MEHA Institute