# Exhibit 4



# USABRA
## NETWORKING & SERVICOS

May 13, 2026

Vestia Group LLC
500 E. Broward Blvd. #900
Ft. Lauderdale, FL 33394
Attention: Gilbert Armenta, Director of
Business Development

Dear Mr. Armenta,

We formally invite you, in your capacity as Business Development Director of Vestia Group, to attend a series of in-person meetings in Asuncion, Paraguay with the Minister of Economy and Finance Oscar Lovera Chavez, and with our global management team at our offices in Sao Paulo, Brazil and Mexico City, Mexico during the last week of June and first week of July 2026.

The purpose of this engagement is to conduct high-level discussions focused on cross-border transaction frameworks, with specific emphasis on global e-commerce infrastructure and digital asset integration. These discussions will address operational scalability, regulatory alignment, and emerging market opportunities tied to digital payment ecosystems.

Your direct participation is considered critical in our three primary offices. We anticipate that your presence will accelerate decision-making and materially advance these initiatives.

Please confirm your availability so that we may finalize scheduling and logistics.

Sincerely,

Ricardo Flores Lopez
Director and Chief Executive Officer
USABRA Networking Services S.A. DE C.V.